IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr586-MHT |
| | ) | (WO) |
| RICKEY JOHNSON | ) | |

OPINION AND ORDER

Upon consideration of defendant Rickey Johnson's motion for review and reversal of the United States Magistrate Judge's detention order, and based on the representations made on the record on January 6, 2026, it is ORDERED that:

(1) The motion to review (Doc. 14) is granted.

(2) The motion to reverse the detention order (Doc. 14) is set for an in-person hearing on February 3, 2026, at 9:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama. The United States Marshal shall ensure that defendant Rickey Johnson is present at the hearing.

(3) Within two business days of the completion of the evaluation report discussed at the January 6, 2026 hearing, defendant Johnson shall file the report under seal, as well as a pre-hearing brief, with any opposition brief by the government due two business days following Johnson's brief.

DONE, this the 7th day of January, 2026.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE