IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:25cr586-MHT
                            )            (WO)
RICKEY JOHNSON              )
```

### ORDER

The court held a status conference on February 18, 2026, to discuss the nature of any mental-health treatment plan for defendant Rickey Johnson which was ordered as a condition of his pretrial release. However, the court has learned that defendant Johnson has already been committed to the Bureau of Prisons for his mandatory competency-restoration commitment. Accordingly, it is ORDERED that the court will not take up this matter at this time and will consider it later, if necessary.

DONE, this the 18th day of February, 2026.

         /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE