IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:25cr586-MHT
                            )           (WO)
RICKEY JOHNSON              )
```

### ORDER

Pursuant to the status report filed by the United States Probation Office (Doc. 47) indicating that defendant Rickey Johnson was erroneously ordered to report to the Bureau of Prisons for his mandatory competency restoration, it is ORDERED that the courtroom deputy is to arrange for another status conference, by Zoom, to discuss the nature of any mental-health treatment plan for defendant Johnson which was ordered as a condition of his pretrial release.

DONE, this the 19th day of February, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**