IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr586-MHT |
| | ) | (WO) |
| **RICKEY JOHNSON** | ) | |

## ORDER

Upon consideration of defendant's Rickey Johnson's motion to withdraw certain motions to seal, it is ORDERED that the motion to withdraw (Doc. 40) is granted in part and denied in part, as further explained below.

(1) The motion to withdraw is granted in part as to the motion to seal filed on January 22, 2026 (Doc. 22), to the extent that said motion sought sealing of defendant's response brief (Doc. 23); said brief shall be unsealed.[1]  The motion to withdraw is denied in part

---

1. The court previously granted the motion to seal this brief conditioned on the subsequent filing of a redacted version of the brief.  *See* Order (Doc. 34).

as to the January 22, 2026 motion to seal (Doc. 22), to the extent that said motion sought sealing of the forensic evaluation report attached to the brief (Doc. 23-1); said report will remain sealed pursuant to the court's February 6, 2026 order (Doc. 34) granting the motion to seal the report.

(2) The motion to withdraw is granted as to the motion to seal filed on January 29, 2026 (Doc. 27). The brief (Doc. 28) addressed in this sealing motion shall be unsealed.

(3) The motion to withdraw is denied as to the motion to seal filed on January 26, 2026 (Doc. 24) because this sealing motion was filed by the government

---

Defendant Johnson filed the motion to withdraw the motion to seal in lieu of filing a redacted brief.

2

and presumably included in the motion to withdraw accidentally.[2]

DONE, this the 25th day of February, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

---

2. The court granted the government's motion to seal (Doc. 24) conditioned on its filing a redacted version of its sealed response and motion, which the government did. See Order (Doc. 34); Redacted Response and Motion (Doc. 25-2).