IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:25cr586-MHT
                            )           (WO)
RICKEY JOHNSON              )
```

ORDER

The parties having represented to the court on March 4, 2026, that they have not, so far, uncovered any resources that can provide the treatments defendant Rickey Johnson appears to need while on pretrial supervised release; that defendant Rickey Johnson is to be evaluated by Carastar Health this month; and that defendant Johnson is to report to the BOP hospital on June 1, 2026, to begin restoration proceedings, it is ORDERED that:

(1) The supervising pretrial services officer is to file with the court, under seal, a copy of the Carastar Health evaluation of defendant Rickey Johnson.

(2) The supervising pretrial services officer is to file a report confirming that defendant Johnson has reported to the BOP hospital, as required.

After receipt of the Carastar Health evaluation, the court will decide what further action, if any, is necessary pending defendant Johnson's reporting to the BOP hospital.

DONE, this the 5th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2